JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JORGE MENDEZ JERONIMO,

Petitioner,

v.

PAM BONDI, et al.,

Respondents.

Case No. 2:26-cv-00582-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Petitioner's First Claim for Relief under *Maldonado Bautista* and Respondents are enjoined from continuing to detain Petitioner unless he is provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order. The Clerk of Court is directed to close this case.

DATED: February 19, 2026

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE